IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KRISTA FULD, and on behalf of all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>*Defendant*. | Case no. 1:23-cv-01420-JPH-MG<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Fuld and Defendant American Income Life Insurance Company hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. Plaintiff will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval by March 21, 2025.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement.

Dated February 19, 2025    Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Eric C. Bohnet
Attorney at Law
6617 Southern Cross Dr.

1

Indianapolis, IN 46237
317-750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff and the putative Class*

**ALSTON & BIRD LLP**

*/s/ David B. Carpenter*
David B. Carpenter
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: 404-881-7000
david.carpenter@alston.com

Kelsey L. Kingsbery
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: (919) 862-2200
kelsey.kingsbery@alston.com

**ZIEMER STAYMAN WEITZEL SHOULDERS, LLP**

Robert L. Burkart
Patrick A. Shoulders
20 NW First Street, 9th Floor
Evansville, IN 47708
Tel: (812) 424-7575
rburkart@zsws.com
PShoulders@zsws.com

*Attorneys for Defendant*

2