IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KRISTA FULD, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>*Defendant*. | Case no. 1:23-cv-01420-JPH-MG<br><br>**CLASS ACTION** |

### PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Krista Fuld, on behalf of herself and a proposed class of similarly situated persons, with the consent of Defendant American Income Life Insurance Company, hereby moves the Court, for entry of an order preliminarily approving the class action settlement set forth in the Parties' Settlement Agreement ("Settlement" or "Agreement")[1], certifying a class for settlement purposes, and providing for issuance of Notice to the Settlement Class. The grounds for this Motion are set forth with particularity and in more detail in the accompanying Memorandum in Support, which is incorporated herein by reference, and is supported by the Declaration of Avi Kaufman, attached hereto as Exhibit 2, and the Declaration of Scott Fenwick, attached hereto as Exhibit 3. A proposed order granting the motion is attached as hereto as Exhibit 4.

Dated March 21, 2025

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, Floor 4

---

[1] The Agreement is attached hereto as Exhibit 1. Capitalized terms used herein, unless otherwise defined, have the same definitions as those terms in the Agreement.

1


Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
Coleman PLLC
66 West Flagler Street, Suite 900
Miami, FL 33130
Telephone: (877) 333-9427

Eric C. Bohnet
ebohnet@gmail.com
6617 Southern Cross Drive
Indianapolis, IN 46237
Telephone: (317) 750-8503

*Attorneys for Plaintiff and
the proposed Settlement Class*