IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KRISTA FULD, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY,<br><br>*Defendant*. | Case no. 1:23-cv-01420-JPH-MG<br><br>**CLASS ACTION** |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Krista Fuld and Class Counsel move the Court for entry of an order granting final approval of the Class Action Settlement. The grounds for this Motion are set forth with particularity and in more detail in the accompanying Memorandum in Support, which is incorporated herein by reference, and is supported by the Declaration of Class Counsel Avi R. Kaufman, attached hereto as Exhibit 1, and the Declaration of Patrick Passarella of Kroll Settlement Administration LLC, attached hereto as Exhibit 2. A proposed order granting the Motion is attached hereto as Exhibit 3.

Dated January 6, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
Kaufman P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
Coleman PLLC
66 West Flagler Street, Suite 900

1

Miami, FL 33130
Telephone: (877) 333-9427

Eric C. Bohnet
ebohnet@gmail.com
6617 Southern Cross Drive
Indianapolis, IN 46237
Telephone: (317) 750-8503

*Attorneys for Plaintiff and
the Settlement Class*